## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| Sharon Powers,<br>    Plaintiff | ) ) ) | |
| v. | ) ) | 3:05-cv-441<br>3:05-cv-442 |
| Springs Industries, Inc.<br>Aquent LLC,<br>    Defendants. | ) ) ) ) | |

## ORDER

Defendant Springs Industries, Inc. filed a Notice of Removal of case number 05cvs16620 from the General Court of Justice, Superior Court Division, Mecklenburg County to this court on October 19, 2005. On the same date, Defendant Aquent LLC also filed a Notice of Removal.

Since they are the same case, the Court will proceed under case number 3:05-cv-441 and will statistically close 3:05-cv-442.

**IT IS SO ORDERED.**

**Signed: October 28, 2005**

/s/ David C. Keesler
David C. Keesler
United States Magistrate Judge